UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY Q. ROWE,

        Plaintiff,

v.

CORRECTIONAL MEDICAL
SERVICES, INC., *et al.*,

        Defendants.

Case No. 1:08cv827

Hon. Robert J. Jonker

_____/

## ORDER
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on August 18, 2010. On August 30, 2010, plaintiff's copy of the Report and Recommendation was returned to the Court with insufficient postage and remailed that same day. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 18, 2010, is approved and adopted as the opinion of the court.

**IT IS ORDERED** that the motion for summary judgment filed by Dr. Pandya, Dr. Pramstaller and Ms. Van Setters (docket # 55) is **GRANTED**.

                                                               /s/ Robert J. Jonker
                                                               ROBERT J. JONKER
                                                       UNITED STATES DISTRICT JUDGE

DATED: September 22, 2010